IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| John J. Garrett, Nan M. Garrett, Henry R. Hamman, David W. Dauphin, HSMCO, Inc., Vance C. Miller, Henry S. Miller Jr. 1989-1 Irrevocable Trust, J. Stephen Harris, The Ryrie Foundation, Elizabeth Ryrie Anthony, Carolyn R. Howard, Charles C. Ryrie, Steven Charles Anthony Trust, Matthew John Anthony Trust, Claire Hannah Howard Trust, and The Estate of Edgar Smith,<br><br>    Plaintiffs,<br><br>v.<br><br>Morgan Keegan & Co., Inc.<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. H-10-2249 |

## ORDER ON PLAINTIFFS' NOTICE OF DISMISSAL

After considering Plaintiffs' Notice of Dismissal, the Court GRANTS the notice and dismisses the case without prejudice.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on October 21, 2010.

_____
Ewing Werlein, Jr.
United States District Judge